IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. STEWART, | 1:06-cv-01400 WMW (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME |
| vs. | (DOCUMENT #17) |
| W. SULLIVAN, | THIRTY DAY DEADLINE |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 27, 2007, petitioner filed a motion to extend time.  Pending before the court is the respondent's motion to dismiss, filed June 11, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   September 17, 2007**           /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE