IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. STEWART,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>W. SULLIVAN,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-01400-WMW (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENT'S REPLY TO OPPOSITION TO MOTION TO DISMISS.<br><br>(DOCUMENT #23)<br><br>(30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On 10/25/2007, petitioner filed a motion to extend time to file a Response to Respondent's Reply to Opposition to Motion to Dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a Response to Respondent's Reply to Opposition to Motion to Dismiss .

IT IS SO ORDERED.

Dated:   November 9, 2007　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE