IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GREGORY W. STEWART,** | ) | 1:06-CV - 1400 WMW HC |
| Petitioner, | ) | |
| | ) | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | ) | |
| | ) | [Doc. 34] |
| **W. SULLIVAN,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 17, 2008, the court entered a memorandum opinion and order granting Respondent's motion to dismiss and denying Petitioner a certificate of appealability.

    On November 24, 2008, Petitioner filed a motion for reconsideration of this court's denial of a certificate of appealability. The court has reviewed Petitioner's request and finds no basis for reconsideration. Accordingly, Petitioner's motion is HEREBY DENIED.

1  IT IS SO ORDERED.

2  Dated:   January 12, 2009              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE